# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re: §
§
JAMES J. BEST, JR. § Case No. 8:11-bk-11262-KRM
SHELLEY A. BEST §
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Nicole M. Cameron, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:  Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Nicole M. Cameron _____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| .357 Magnum Pistol and 2 cameras | 1129-000 | 130.00 |
| 1986 Harley Davidson motorcycle | 1129-000 | 1,500.00 |
| 1998 Buick Skylark | 1129-000 | 755.00 |
| 5 x 8 Utility Trailer (2005/ASPT) | 1129-000 | 250.00 |
| 8 x 10 metal storage shed (13 years old) | 1129-000 | 200.00 |
| Bank of America checking account - 6901 | 1129-000 | 28.82 |
| Bank of America savings account - 8921 | 1129-000 | 58.25 |
| Cortez Community Bank checking account - 5705 | 1129-000 | 2.99 |
| In debtors' possession | 1129-000 | 10.00 |
| SunTrust Bank checking account - 4076 | 1129-000 | 16.25 |
| Post-Petition Interest Deposits | 1270-000 | 0.22 |
| TOTAL GROSS RECEIPTS | | $2,951.53 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage P.O. Box 1093 Northridge, CA 91328 | | | | | |
| | Chase P.O. Box 24696 Columbus, OH 43224-4696 | | | | | |
| | Chase P.O. Box 44118 Jacksonville, FL 32231-4118 | | | | | |
| | Chase P.O. Box 78148 Phoenix, AZ 85062-8148 | | | | | |
| | Santander Consumer USA, Inc. 8585 N Stemmons Fwy Suite 1100-N Dallas, TX 75247 | | | | | |
| | Santander Consumer USA, Inc. P.O. Box 660633 Dallas, TX 75266-0633 | | | | | |
| | Santander Consumer USA, Inc. P.O. Box 961245 Fort Worth, TX 76161 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nicole M. Cameron | | | | | |
| Nicole M. Cameron | | | | | |
| Bank of America | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| Union Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Attn: Bankruptcy Dept NC4-105-03-14 P.O. Box 26012 Greensboro, NC 27410 | | | | | |
| | Bank of America Attn: Bankruptcy Dept,NC4-105-03-14 P.O. Box 26012 Greensboro, NC 27410 | | | | | |
| | Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | | | | | |
| | Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Capital One Bank (USA), N.A. P.O. Box 71083 Charlotte, NC 28272-1083 | | | | | |
| | Capital One Bank (USA), N.A. P.O. Box 71083 Charlotte, NC 28272-1083 | | | | | |
| | Capital One Bank, N.A. / POS 6 c/o Hilco Recovery 1120 Lake Cook Road, Suite B Buffalo Grove, IL 60089 | | | | | |
| | Capital One Bank, N.A. Attn: Bankruptcy Department P.O. Box 30273 Salt Lake City, UT 84130 | | | | | |
| | Capital One Bank, N.A. Attn: Bankruptcy Department P.O. Box 5155 Norcross, GA 30091 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Capital One P.O. Box 85619 Richmond, VA 23285-5619 | | | | | |
| | Capital One P.O. Box 85619 Richmond, VA 23285-5619 | | | | | |
| | Cardmember Service P.O. Box 6339 Fargo, ND 58125-6339 | | | | | |
| | Chase Bank (USA), N.A. / WaMu c/o Resurgent Capital Services, LP P.O. Box 10497 Greenville, SC 29603 | | | | | |
| | Chase Bank (USA), N.A. c/o Resurgent Capital Services 15 S. Main Street, Suite 600 Greenville, SC 29601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank (USA), N.A. c/o Resurgent Capital Services, LP P.O. Box 10466 Greenville, SC 29603 | | | | | |
| | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase P.O. Box 15548 Wilmington, DE 19886-5548 | | | | | |
| | Chase P.O. Box 15548 Wilmington, DE 19886-5548 | | | | | |
| | Freedom Debt Relief (FDR), LLC. 1875 South Grant Street Suite 400 San Mateo, CA 94402 | | | | | |
| | Freedom Debt Relief (FDR), LLC. 3947 Lennane Drive # 120 Sacramento, CA 95834 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Money Bank / Chevron Visa P.O. Box 103104 Roswell, GA 30076 | | | | | |
| | GE Money Bank / Chevron Visa P.O. Box 981433 El Paso, TX 79998-1433 | | | | | |
| | GE Money Bank / Wal-Mart P.O. Box 103104 Roswell, GA 30076 | | | | | |
| | GE Money Bank / Wal-Mart P.O. Box 981470 El Paso, TX 79998-1470 | | | | | |
| | Global Client Solutions, LLC. 4500 South 129th East Ave Suite 177 Tulsa, OK 74134 | | | | | |
| | Global Client Solutions, LLC. P.O. Box 690870 Tulsa, OK 74169-0870 | | | | | |
| | HSBC Bank Nevada, N.A. / Best Buy Attn: Bankruptcy Department P.O. Box 5263 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank Nevada, N.A. / Best Buy c/o Firstsource Advantage, LLC. 205 Bryant Woods South Buffalo, NY 14228 | | | | | |
| | HSBC Bank Nevada, N.A. / Best Buy c/o Firstsource Advantage, LLC. P.O. Box 628 Buffalo, NY 14240-0628 | | | | | |
| | HSBC P.O. Box 5243 Carol Stream, IL 60197-9918 | | | | | |
| | HSBC Retail Services P.O. Box 4144 Carol Stream, IL 60197-4144 | | | | | |
| | HSBC Retail Services P.O. Box 5238 Carol Stream, IL 60197-5238 | | | | | |
| | HSBC Retail Services P.O. Box 5244 Carol Stream, IL 60197-5244 | | | | | |
| | Retail Services P.O. Box 15521 Wilmington, DE 19850-5521 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Spring Hill Regional Hospital c/o Jon Barry & Associates 216 Lephillip Ct Concord, NC 28025 | | | | | |
| | Spring Hill Regional Hospital c/o Paragon Revenue Group 216 Lephillip Ct Concord, NC 28025-2954 | | | | | |
| | Spring Hill Regional Hospital c/o Paragon Revenue Group P.O. Box 127 Concord, NC 28026-0127 | | | | | |
| | Target Card P.O. Box 660170 Dallas, TX 75266-0170 | | | | | |
| | Target National Bank P.O. Box 1581 Minneapolis, MN 55440-1581 | | | | | |
| | Target National Bank P.O. Box 673 Minneapolis, MN 55440-0673 | | | | | |
| | U.S. Bank P.O. Box 1800 Attn: COA VERIF Saint Paul, MN 55101-0800 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U.S. Bank P.O. Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| 1 | American InfoSource LP as agent for TD Bank USA | | | | | |
| 2 | Atlas Acquisitions LLC | | | | | |
| 8 | Capital One Bank (USA) N. A. | | | | | |
| 7 | Capital One Bank (USA) N. A. | | | | | |
| 6 | Chase Bank USA N. A. | | | | | |
| 4 | FIA CARD SERVICES N. A. | | | | | |
| 3 | FIA CARD SERVICES N. A. | | | | | |
| 10 | GE Capital Retail Bank | | | | | |
| 11 | Midland Funding LLC | | | | | |
| 9 | Midland Funding LLC | | | | | |
| 5 | US Bank N. A. | | | | | |
| 12 | N. A. Capital One | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 11-11262 | KRM | Judge: | K. Rodney May | Trustee Name: | Nicole M. Cameron |
| Case Name: | JAMES J. BEST, JR. | | | | Date Filed (f) or Converted (c): | 06/13/2011 (f) |
| | SHELLEY A. BEST | | | | 341(a) Meeting Date: | 07/15/2011 |
| For Period Ending: | 07/25/2013 | | | | Claims Bar Date: | 11/26/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Debtors' homestead: 2213 Fentress Court Spring Hill, FL 3460 | 96,000.00 | 0.00 | | 0.00 | FA |
| 2.  In debtors' possession | 10.00 | 10.00 | | 10.00 | FA |
| 3.  Bank of America checking account - 6901 | 115.30 | 28.82 | | 28.82 | FA |
| 4.  Bank of America savings account - 8921 | 233.00 | 58.25 | | 58.25 | FA |
| 5.  Cortez Community Bank checking account - 5705 | 11.94 | 2.99 | | 2.99 | FA |
| 6.  SunTrust Bank checking account - 4076 | 65.00 | 16.25 | | 16.25 | FA |
| 7.  2 sofas; 2 chairs; 2 end tables; 1 coffee table; 4 lamps; 3 | 1,700.00 | 0.00 | | 0.00 | FA |
| 8.  Misc books, pictures, DVD's, misc knick - knacks & Christmas | 47.00 | 0.00 | | 0.00 | FA |
| 9.  Debtors' personal clothing | 100.00 | 0.00 | | 0.00 | FA |
| 10. Wedding bands, 2 gold chains and misc costume jewelry | 150.00 | 0.00 | | 0.00 | FA |
| 11. .357 Magnum Pistol and 2 cameras | 130.00 | 130.00 | | 130.00 | FA |
| 12. MetLife Life Insurance (Flexible Premium Life - surrender va | 0.00 | 0.00 | | 0.00 | FA |
| 13. SunTrust Bank - Monumental Life Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 14. Charles Schwab 401(k) Plan | 102,807.91 | 0.00 | | 0.00 | FA |
| 15. Freedom Debt Relief (FDR), LLC. - Class Action Suit | 0.00 | 200.00 | | 0.00 | FA |
| 16. 1986 Harley Davidson motorcycle | 2,500.00 | 1,500.00 | | 1,500.00 | FA |
| 17. 1998 Buick Skylark | 1,755.00 | 755.00 | | 755.00 | FA |
| 18. 5 x 8 Utility Trailer (2005/ASPT) | 250.00 | 250.00 | | 250.00 | FA |
| 19. 2007 Nissan Frontier Crew Cab SE Pickup 4D 6 ft 59,980 miles | 14,300.00 | 0.00 | | 0.00 | FA |
| 20. 4 dogs & 5 cats | 3.00 | 0.00 | | 0.00 | FA |
| 21. 8 x 10 metal storage shed (13 years old) | 200.00 | 200.00 | | 200.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)

$220,378.15          $3,151.31          $2,951.53          $0.00

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

08/24/11 (NCAMERON) DA amended Sch C to exempt home; non-exempt is $2,951.31 plus class action lawsuit; will pay lump sum and turnover class action lawsuit

10/24/11 (NCAMERON) Quarterly Review - debtor paid lump sum; ready for TFR by 1/21/12

12/27/11 (NCAMERON) Quarterly review - will review class action suit to determine value if any

03/24/12 (NCAMERON) Quarterly review: class action partially settled, but amount not yet known; attempting to contact atty for Plaintiff

08/21/12 (NCAMERON) amount to each class member will be less than $100; abandoning asset and ready to TFR

9/30/12 - Quarterly review - ready to TFR - NMC

12/29/12 - Quarterly review - submitted TFR - NMC

4/9/13 - Quarterly review - submitted ECOD to UST - NMC

4/29/13 - sent checks to creditors - NMC

RE PROP #          15  --  08/21/12 (NCAMERON) settlement amount will be less than $100 and will take months;
                          will abandon asset

Initial Projected Date of Final Report (TFR): 01/31/2012          Current Projected Date of Final Report (TFR): 11/30/2012

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-11262

Case Name: JAMES J. BEST, JR.

SHELLEY A. BEST

Taxpayer ID No: XX-XXX5704

For Period Ending: 07/25/2013

Trustee Name: Nicole M. Cameron

Bank Name: Union Bank

Account Number/CD#: XXXXXX3442

Checking

Blanket Bond (per case limit): $10,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/24/12 | | Transfer from Acct # xxxxxx4536 | Transfer of Funds | | 9999-000 | $2,911.23 | | $2,911.23 |
| 12/26/12 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.00 | $2,896.23 |
| 04/29/13 | 1001 | Nicole M. Cameron 235 Apollo Beach Blvd., #231 Apollo Beach, FL 33572 | Distribution | | | | $815.65 | $2,080.58 |
| | | Nicole M. Cameron | Final distribution representing a payment of 100.00 % per court order. | ($737.88) | 2100-000 | | | |
| | | Nicole M. Cameron | Final distribution representing a payment of 100.00 % per court order. | ($77.77) | 2200-000 | | | |
| 04/29/13 | 1002 | American InfoSource LP as agent for TD Bank USA PO Box 248866 Oklahoma City, OK 73123-8866 | xxxx6490 | | 7100-000 | | $14.78 | $2,065.80 |
| 04/29/13 | 1003 | GE Capital Retail Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | xxxx8349 | | 7100-000 | | $37.53 | $2,028.27 |
| 04/29/13 | 1004 | Midland Funding LLC Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Distribution | | | | $186.12 | $1,842.15 |
| | | Midland Funding LLC | xxxx5649 | ($72.34) | 7100-000 | | | |
| | | Midland Funding LLC | xxxx5474 | ($113.78) | 7100-000 | | | |
| 04/29/13 | 1005 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | xxxx8628 | | 7100-000 | | $294.53 | $1,547.62 |
| 04/29/13 | 1006 | FIA CARD SERVICES N. A. PO Box 15102 Wilmington, DE 19886-5102 | Distribution | | | | $267.94 | $1,279.68 |
| | | FIA CARD SERVICES N. A. | xxxx4970 | ($40.28) | 7100-000 | | | |

Page Subtotals: $2,911.23  $1,631.55

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

**FORM 2**
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No:  11-11262 | Trustee Name:  Nicole M. Cameron |
| Case Name:  JAMES J. BEST, JR. | Bank Name:  Union Bank |
| SHELLEY A. BEST | Account Number/CD#:  XXXXXX3442 |
| | Checking |
| Taxpayer ID No:  XX-XXX5704 | Blanket Bond (per case limit): $10,000.00 |
| For Period Ending:  07/25/2013 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | FIA CARD SERVICES N. A. | xxxx0257                ($227.66) | 7100-000 | | | |
| 04/29/13 | 1007 | US Bank N. A. BANKRUPTCY DEPARTMENT P.O. Box 5229 Cincinnati, OH  45201-5229 | xxxx3188 | 7100-000 | | $428.52 | $851.16 |
| 04/29/13 | 1008 | Chase Bank USA N. A. PO Box 15145 Wilmington, DE  19850-5145 | xxxx1546 | 7100-000 | | $51.23 | $799.93 |
| 04/29/13 | 1009 | Capital One Bank (USA) N. A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 | xxxx6324 | 7100-000 | | $343.17 | $456.76 |
| 04/29/13 | 1010 | Capital One Bank (USA) N. A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC  28272-1083 | xxxx6618 | 7100-000 | | $456.76 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,911.23 | $2,911.23 |
| Less: Bank Transfers/CD's | $2,911.23 | $0.00 |
| Subtotal | $0.00 | $2,911.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $2,911.23 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $1,279.68 |

Case 8:11-bk-11262-KRM   Doc 43   Filed 09/05/13   Page 18 of 21

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-11262

Case Name: JAMES J. BEST, JR.

SHELLEY A. BEST

Taxpayer ID No: XX-XXX5704

For Period Ending: 07/25/2013

Trustee Name: Nicole M. Cameron

Bank Name: Bank of America

Account Number/CD#: XXXXXX4140

Money Market Account

Blanket Bond (per case limit): $10,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/11 | | BEST, JAMES J. JR. 2213 FENTRESS COURT SPRING HILL, FL 34609 | payment of non-exempt PP - rcvd from Debtor | | $2,951.31 | | $2,951.31 |
| | | | Gross Receipts          $2,951.31 | | | | |
| | 2 | | In debtors' possession        $10.00 | 1129-000 | | | |
| | 3 | | Bank of America checking account - 6901        $28.82 | 1129-000 | | | |
| | 4 | | Bank of America savings account - 8921        $58.25 | 1129-000 | | | |
| | 6 | | SunTrust Bank checking account - 4076        $16.25 | 1129-000 | | | |
| | 5 | | Cortez Community Bank checking account - 5705        $2.99 | 1129-000 | | | |
| | 21 | | 8 x 10 metal storage shed (13 years old)        $200.00 | 1129-000 | | | |
| | 17 | | 1998 Buick Skylark        $755.00 | 1129-000 | | | |
| | 18 | | 5 x 8 Utility Trailer (2005/ASPT)        $250.00 | 1129-000 | | | |
| | 11 | | .357 Magnum Pistol and 2 cameras        $130.00 | 1129-000 | | | |
| | 16 | | 1986 Harley Davidson motorcycle        $1,500.00 | 1129-000 | | | |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,951.33 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.03 | | $2,951.36 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.76 | $2,947.60 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,947.62 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.63 | $2,943.99 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.02 | | $2,944.01 |

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Page Subtotals:          $2,951.40          $7.39

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-11262
Case Name: JAMES J. BEST, JR.
SHELLEY A. BEST

Taxpayer ID No: XX-XXX5704
For Period Ending: 07/25/2013

Trustee Name: Nicole M. Cameron
Bank Name: Bank of America
Account Number/CD#: XXXXXX4140
Money Market Account
Blanket Bond (per case limit): $10,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.63 | $2,940.38 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.03 | | $2,940.41 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.86 | $2,936.55 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,936.57 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.49 | $2,933.08 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,933.10 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.61 | $2,929.49 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,929.51 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.72 | $2,925.79 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,925.81 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.72 | $2,922.09 |
| 06/26/12 | INT | BANK OF AMERICA, N.A. | Interest | 1270-000 | $0.02 | | $2,922.11 |
| 06/26/12 | | Transfer to Acct# XXXXXX4536 | Transfer of Funds - to prepare TFR | 9999-000 | | $2,922.11 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $2,951.53 | $2,951.53 |
| Less: Bank Transfers/CD's | $0.00 | $2,922.11 |
| Subtotal | $2,951.53 | $29.42 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,951.53 | $29.42 |

Page Subtotals: $0.13   $2,944.14

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-11262
Case Name: JAMES J. BEST, JR.
SHELLEY A. BEST

Taxpayer ID No: XX-XXX5704
For Period Ending: 07/25/2013

Trustee Name: Nicole M. Cameron
Bank Name: Bank of America
Account Number/CD#: XXXXXX4536
Checking Account
Blanket Bond (per case limit): $10,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/26/12 | | Transfer from Acct# XXXXXX4140 | Transfer of Funds - to prepare TFR | 9999-000 | $2,922.11 | | $2,922.11 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $3.83 | $2,918.28 |
| 08/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.71 | $2,914.57 |
| 09/28/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.34 | $2,911.23 |
| 10/24/12 | | Transfer to Acct # xxxxxx3442 | Transfer of Funds | 9999-000 | | $2,911.23 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $2,922.11 | $2,922.11 |
| Less: Bank Transfers/CD's | $2,922.11 | $2,911.23 |
| Subtotal | $0.00 | $10.88 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $10.88 |

Page Subtotals:                    $2,922.11          $2,922.11

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3442 - Checking | $0.00 | $2,911.23 | $0.00 |
| XXXXXX4140 - Money Market Account | $2,951.53 | $29.42 | $0.00 |
| XXXXXX4536 - Checking Account | $0.00 | $10.88 | $0.00 |
| | $2,951.53 | $2,951.53 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $2,951.53 | |
| Total Gross Receipts: | $2,951.53 | |

Page Subtotals:                    $0.00          $0.00